# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hayward**, <br><br> v. <br><br> **Bank of America, N.A.** | Case No. 2:16-cv-3047 MCE (CMK) <br><br> **Order Granting Request for Telephonic Appearance** |

Having read and considered the request of Mark Ankcorn, counsel for Plaintiff Kelli Hayward, to appear by telephone at the previously-ordered status conference to be held on Thursday, January 25, 2018 at 2:00 pm, and for good cause appearing, the application is GRANTED.

IT IS SO ORDERED.

DATED: January 24, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE