DANTE T. PRIDE (SBN 262362)
**THE PRIDE LAW FIRM**
2831 Camino Del Rio South, Suite 104
San Diego, California 92108
Telephone: 619-516-8166
Facsimile: 619-785-3414
dpride@pridelawfirm.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFONIA

| | |
|---|---|
| **Kelli Hayward**, an individual, | CASE NO. 2:16-cv-03047-MCE (CMK) |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT** |
| v. | |
| **Bank of America, N.A.**, | Judge: Morrison C. England Jr. |
| Defendant. | Crtrm: 7 – 14th Floor |

Plaintiff Kelli Hayward and Defendant Bank of America, N.A. ("BANA"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

### RECITALS

1. On June 26, 2019, Plaintiff filed a motion to extend the June 26, 2019 deadline for Plaintiff's Opposition to Defendant's Motion for Summary Judgement.

2. On July 3, 2019, the Court granted Plaintiff's motion, extending the deadline for Plaintiff to file her opposition by 30 days, up to and including July 26, 2019. The court also set Defendant's Reply date to August 9, 2019.

3. On July 26, 2019 Plaintiff met and conferred with Defendant's counsel and the parties agreed to extend Plaintiff's deadline to file her Opposition to Defendant's Motion for Summary Judgement for one court day, up to and including July 29, 2019. As well, the parties agreed to extend Defendant's Reply date to

mirror Plaintiff's extension, for one court day, up to and including August 12, 2019.

**NOW, WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:**

1. The parties agree to extend Plaintiff's deadline to file an Opposition to Defendant's Motion for Summary Judgment to Monday July 29, 2019.

2. The parties agree to extend Defendant's deadline to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment to Monday, August 12, 2019.

**IT IS SO STIPULATED.**

                                            **THE PRIDE LAW FIM**

Date: August 6, 2019               _____
                                            Dante T. Pride, Esq.
                                            Attorney for Plaintiff
                                            Kelli Hayward

                                            **McGuireWoods LLP**

Date: August 6, 2019               **/s/ _Adrian L. Canzoneri_**
                                            Adrian L. Canzoneri
                                            David S. Reidy
                                            Attorneys for Defendant's
                                            Bank of America, N.A.

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Extend Plaintiff's deadline to file an Opposition to Defendant's Motion for Summary Judgment to Monday July 29, 2019.
2. Extend Defendant's deadline to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment to Monday, August 12, 2019.

**IT IS SO ORDERED.**

Dated: August 6, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE