**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLI HAYWARD, | No. 2:16-CV-3047-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. A settlement conference is scheduled for April 19, 2022, at 9:30 a.m., before the undersigned via Zoom. Concurrent with their settlement conference statement, the parties shall execute and file the attached Waiver of Disqualification. Absent the filing of waivers from all parties, the matter will be re-set for a scheduling conference before a different Magistrate Judge and the hearing before the undersigned will be vacated.

IT IS SO ORDERED.

Dated: March 29, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI HAYWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | No.  2:16-CV-3047-MCE-DMC |

## WAIVER OF DISQUALIFICATION

Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____          _____
                               By:  For Plaintiff(s)

DATED: _____          _____
                               By:  For Defendant(s)