UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI HAYWARD, an individual,<br><br>　　　　Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-03047-MCE (DMC)<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Judge:  Hon. Morrison C. England, Jr. |

Upon consideration of the parties' joint stipulation of voluntary dismissal with prejudice, and good cause appearing, **IT IS HEREBY ORDERED** that the stipulation is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.


Dated:  August 15, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL**

1